UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

KEITH POOLER,

                           Plaintiff,

    -against-                                                  8:16-MC-0049 (LEK/DJS)

HON. CATHERINE SCHAWE, *et al.*,

                           Defendants.

**<u>DECISION AND ORDER</u>**

**I.    INTRODUCTION**

This matter comes before the Court following a Report-Recommendation filed on May 4, 2017, by the Honorable Daniel J. Stewart, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 10 ("Report-Recommendation"). Plaintiff timely filed objections. Dkt. No. 11 ("Objections").

**II.    LEGAL STANDARD**

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. <u>Barnes v. Prack</u>, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); <u>Farid v. Bouey</u>, 554 F. Supp. 2d 301, 306-07, 306 n.2 (N.D.N.Y. 2008), overruled on other grounds by <u>Widomski v. State Univ. of N.Y. (SUNY) at Orange</u>, 748 F.3d 471 (2d Cir. 2014); <u>see also</u> <u>Machicote v. Ercole</u>, No. 06-CV-13320, 2011 WL 3809920, at *2 (S.D.N.Y.

Aug. 25, 2011) ("[E]ven a pro se party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument."). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).

### III. DISCUSSION

Plaintiff filed a letter with the Court that purports to object to the Report-Recommendation, but it does not set forth any arguments against Judge Stewart's findings and recommendations. Objs. Instead, it simply informs the Court that Plaintiff is filing a "Letter of Objection." Id. Thus, the Court has reviewed the Report-Recommendation for clear error and has found none.

### IV. CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 10) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff's motion for writ of mandamus (Dkt. No. 1) is **DISMISSED** for lack of subject matter jurisdiction; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:  July 28, 2017
      Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge